# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **GUSTAVO MORALES-ORTIZ,** | : | **NO. 11-143** |
| a/k/a "Gustavo Morales," | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 12th day of September, 2011, upon consideration of the Defendant's Motion to Suppress Evidence (Doc. No. 20), and the response thereto (Doc. No. 22), and following a suppression hearing held on July 21, 2011, and for the reasons articulated in the accompanying Memorandum, it is hereby ORDERED that the Motion (Doc. No. 20) is DENIED.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge