IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| GUSTAVO MORALES-ORTIZ | : | No. 11-143 |

### ORDER

AND NOW, this 8th day of December, 2020, upon consideration of Gustavo Morales-Ortiz's *pro se* Motion to Vacate/Set Aside/Correct His Sentence pursuant to 28 U.S.C. § 2255 (Doc. No. 57) and the Government's Response in Opposition (Doc. No. 59), and for the reasons discussed in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Mr. Morales-Ortiz's motion to vacate, set aside, or correct his sentence under § 2255 is **DENIED**;

2. No probable cause exists to issue a certificate of appealability.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge

1