## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| GUSTAVO MORALES-ORTIZ | : | No. 11-143 |

## ORDER

**AND NOW**, this 7th day of January, 2021, upon consideration of Gustavo Morales-Ortiz's

Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 60) and

the Government's Response in Opposition (Doc. No. 64), it is **ORDERED** that the Motion (Doc.

No. 60) is **DENIED** for the reasons set forth in the accompanying Memorandum.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1